UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 21-15685 JGR |
| PERKY JERKY, LLC. | ) |
| EIN: | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**NOTICE OF FILING OF ATTACHMENT TO STALKING HORSE BID**

PLEASE TAKE NOTICE that the Debtor hereby files the attachment to the stalking horse bid.

DATED: February 24, 2022          Respectfully submitted,

By: /s/ Aaron A. Garber
Aaron A. Garber #36099
**Wadsworth Garber Warner Conrardy, P.C.**
2580 West Main Street, Suite 200
Littleton, CO 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
Email: agarber@wgwc-law.com

| Included Assets | | |
| --- | --- | --- |
| | | |
| | **Source** | **Asset Description** |
| | Prepaid Expenses | Plate and Die |
| | | Insurance |
| | | Licensed Accounting Software |
| | | Licensed Electronic Data Connections |
| | Fixed Assets | 2013 Nissan Pathfinder (wrapped) |
| | | 1974 Ford Bronco |
| | | Ecommerce Website |
| | Intangibles/IP | Perky Jerky Trademarks |
| | | Best Tasting Jerky … |
| | | Hot and Bothered |
| | | Jammin' Jamaican |
| | | More Than Just Original |
| | | Sweet & Snappy |
| | | Web Domain: perkyjerky.com |
| | | Email Customer Lists - 86,458 |
| | | Customer and Broker Agreements |
| | A/R Aging | Open Accounts Receivable |
| | Trade Show Assets | Lot Samples |
| | | Accounting Records |
| | | Boxes |
| | Unknown | Perky Jerky Suit |
| | | Packaging at PrimeSnax |
| | | Inventory at PrimeSnax |

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 24, 2022, I served by prepaid first class mail or ECF a copy of the **NOTICE OF FILING OF ATTACHMENT TO STALKING HORSE BID** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Shawn Christianson   schristianson@buchalter.com, cmcintire@buchalter.com
Alan K. Motes   Alan.Motes@usdoj.gov
Sanford P. Rosen   srosen@rosenpc.com
US Trustee   USTPRegion19.DV.ECF@usdoj.gov
Deanna L. Westfall   deanna.westfall@coag.gov,
Robert.padjen@coag.gov;jade.darnell@coag.gov
Angela Rose Whitford   angie@goodspeedmerrill.com

By: */s/ Nichole Garber*
For Wadsworth Garber Warner Conrardy, P.C.